Argued February 25, affirmed March 28, 1977

STATE OF OREGON, *Respondent,*
*v.*
RANDY EUGENE NEFF, *Appellant.*
(No. 74-C, CA 6802)
562 P2d 216

Robert C. Cannon, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Catherine Allan, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee and Tanzer, Judges.

PER CURIAM.

**PER CURIAM.**

This is a companion case to *State v. Roy,* 28 Or App 861, 562 P2d 216 (1977).

Affirmed.